# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSLVANIA

THE UNITED STATES OF AMERICA,

        Plaintiff,        Civil Action No. 20-1396

  v.

THE DORCHESTER OWNERS        JURY TRIAL DEMANDED
ASSOCIATION,

        Defendant.

## **COMPLAINT IN INTERVENTION**

AND NOW COMES Plaintiff Intervenor, by and through her undersigned counsel, and files the within Complaint in Intervention:

## JURISDICTION

1. Jurisdiction is proper in this Court pursuant to 42 U.S.C. § 3612(o)(1).

2. Venue is proper in this court because the facts and circumstances alleged herein occurred in Philadelphia, Pennsylvania.

## PARTIES

3. Plaintiff is the United States of America.

4. Defendant Dorchester Owners Association ("DOA") is a condominium association which governs the Dorchester on Rittenhouse Square ("the Dorchester"), a condominium complex located in Philadelphia, Pennsylvania.

5. Plaintiff Intervenor Louise Hamburg is an adult resident of Cook County, Illinois who has owned a dwelling in the Dorchester since 1999.

## FACTS

6. Plaintiff Intervenor hereby adopts and incorporates the factual allegations set forth in the Complaint filed by the United States of America (attached hereto as Exhibit 1) at paragraphs four (4) through forty-five (45) and forty-seven (47) through forty-nine (49) as if set forth at length herein.

## CLAIMS

7. Defendant's ongoing illegal and discriminatory conduct violated Ms. Hamburg's rights as set forth in and protected by the Fair Housing Act, 42 U.S.C. § 1604 in that Defendant:

   a. Otherwise made her dwelling in the Dorchester unavailable to her because of her disability in violation of 42 U.S.C. § 1604(f)(1).

   b. Discriminated against her in the terms, conditions or privileges of her dwelling in the Dorchester and/or in the provision of services or facilities in connection with her dwelling because of her disability in violation of 42 U.S.C. § 1604(f)(1).

   c. Refused to make reasonable accommodations in its rules, policies, practices or services when such accommodations were necessary to afford her equal opportunity to use and enjoy her dwelling in the Dorchester.

8. As a result of Defendant's ongoing illegal and discriminatory conduct,

   a. Plaintiff Intervenor is an aggrieved person pursuant to 42 U.S.C.A. §§ 3612(a) and (o)(2).

b. Plaintiff Intervenor has been unable to use and enjoy her dwelling located in the Dorchester from December 25, 2017 through the present.

c. Plaintiff Intervenor has suffered, and continues to suffer, economic damages.

d. Plaintiff Intervenor has suffered, and continues to suffer emotional distress, embarrassment, humiliation and damage to her reputation.

e. Plaintiff Intervenor has incurred, and continues to incur, attorneys' fees, litigation costs and other expenses.

WHEREFORE, Plaintiff Intervenor respectfully requests that this Honorable Court

(1) enter judgment in her favor,

(2) declare that Defendant's conduct as set forth herein violates the Fair Housing Act, 42 U.S.C. §§ 3601 et. seq.;

(3) enjoin Defendant from engaging in conduct which, as set forth herein, violates the Fair Housing Act, 42 U.S.C. §§ 3601 et. seq.;

(4) Enter an award of damages to Ms. Hamburg and against Defendant for compensatory damages, punitive damages, attorneys' fees costs and such other relief as this Court deems appropriate.

Respectfully submitted,

/s/ Alec B. Wright
PA ID# 316657

Law Office of Timothy P. O'Brien
Henry W. Oliver Building
535 Smithfield Street, Suite 1025
Pittsburgh, PA  15222
 (412) 232-4400

Attorney for Intervenor