# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSLVANIA

THE UNITED STATES OF AMERICA,

        Plaintiff,        Civil Action No. 20-1396

  v.

THE DORCHESTER OWNERS
ASSOCIATION,

        Defendant.

## **[PROPOSED] ORDER**

And now, this _____ day of _____, 2020, upon consideration of the MOTION TO INTERVENE AS PARTY PLAINTIFF, filed on behalf of Louise Hamburg, it is hereby ORDERED that Louise Hamburg is granted leave to intervene in this matter as a party plaintiff and her Complaint in Intervention, attached as an exhibit to the Motion to Intervene, is hereby accepted as filed as of the date of the Court's Order.

                BY THE COURT:


                _____, J.