IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA, LOUISE HAMBURG – PLAINTIFF-INTERVENOR**<br><br>v.<br><br>**THE DORCHESTER OWNERS ASSOCIATION** | **CIVIL ACTION**<br><br>**NO. 20-1396** |

## ORDER RE: MOTION FOR PARTIAL SUMMARY JUDGMENT

**AND NOW**, this 16th day of December, 2021, it is hereby ORDERED that Plaintiff's Motion for Partial Summary Judgment (Doc. No. 84) is DENIED without prejudice for the reasons stated in the foregoing Memorandum.

BY THE COURT:

/s/ MICHAEL M. BAYLSON
_____
MICHAEL M. BAYLSON, U.S.D.J.

O:\CIVIL 20\20-1396 United States v Dorchester\20cv1396 Order re motion for partial sj.docx