IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>Plaintiff<br><br>&<br><br>LOUIS HAMBURG,<br>Plaintiff-Intervenor<br><br>v.<br><br>THE DORCHESTER OWNERS ASSOCIATION,<br>Defendant | CIVIL ACTIO1N<br><br>NO. 20-1396 |

### ORDER RE: DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

**AND NOW**, this 22nd day of March, 2022, it is hereby ORDERED that Defendant's Motion for Summary Judgment (ECF 86) is DENIED without prejudice for the reasons stated in the foregoing Memorandum.

BY THE COURT:

/s/ MICHAEL M. BAYLSON

_____
MICHAEL M. BAYLSON, U.S.D.J.

O:\CIVIL 20\20-1396 United States v Dorchester\20cv1396 SJ Order.docx